Succession of Gorham.

## No. 1040.

### ADELIE CORRNIER vs. MAGDELINE WILTZ ET AL.

Where there are two appellants, and one prays and obtains an appeal but does not give any bond, and the other did not pray an appeal but gave bond, neither party has properly brought up the case and it will be dismissed.

APPEAL from the District Court for St. Martin. GATES, J.

*Gary* and *R. De Blanc* for Plaintiff. *Simon* and *Voorhies* for Defendants Appellants.

MANNING, C. J., delivered the opinion dismissing the appeal.

## No. 1054.

### SUCCESSION OF G. W. GORHAM. ON OPPOSITION TO ACCOUNT.

Commissions cannot be allowed an administrator on the value of property which did not go into his possession as administrator, and which he did not administer.

APPEAL from the Parish Court of Calcasieu. REID, J.

*Reid* and *Wells* for Opponents.

A schooner belonged to the succession. There were three heirs, all majors. The schooner was in the possession of one of them, who sold her with the consent of the others, in the presence of the administrator, to pay a debt of the succession. The administrator in his petition avers that he did not sell the schooner under order of court because the heirs had offered to advance the sum necessary to pay the debts.

DE BLANC, J., delivered the opinion sustaining the opposition.